IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | CHAPTER 13 |
| | : | |
| BOUBACAR TOURE, | : | Bankruptcy No. 19-14531-mdc |
| | : | |
| Debtor(s). | : | |

**ORDER APPROVING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS**

AND NOW, this __29th__ day of __JUly__, 2019, upon consideration of the Debtor's Motion for Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents, it is hereby

ORDERED that the time for the Debtor to file its Schedules, Statement of Financial Affairs and all other documents is extended through **August 16, 2019**.

BY THE COURT:

_____
MAGDELINE D. COLEMAN, CHIEF U.S.B.J.

{01112581;1}