United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Boubacar Toure   
     Debtor

Case No. 19-14531-mdc   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 29, 2019   
                               Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.   
db         +Boubacar Toure,    106 Birkdale Circle,    Avondale, PA 19311-1449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:   
        BARBARA A. FEIN   on behalf of Debtor Boubacar  Toure bfein@sanddlawyers.com, mhanford@sanddlawyers.com   
        KEVIN G. MCDONALD   on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com   
        MARK S. HALTZMAN   on behalf of Debtor Boubacar  Toure mhaltzman@sanddlawyers.com, mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com   
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov   
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com   
                                                                                                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | CHAPTER 13 |
| | : | |
| BOUBACAR TOURE, | : | Bankruptcy No. 19-14531-mdc |
| | : | |
| Debtor(s). | : | |

**ORDER APPROVING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS**

AND NOW, this __29th__ day of _____JUly_____, 2019, upon consideration of the Debtor's Motion for Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents, it is hereby

ORDERED that the time for the Debtor to file its Schedules, Statement of Financial Affairs and all other documents is extended through **August 16, 2019**.

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN, CHIEF U.S.B.J.

{01112581;1}