IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | CHAPTER 13 |
| | : | |
| BOUBACAR TOURE, | : | Bankruptcy No. 19-14531-mdc |
| | : | |
| Debtor(s). | : | |

**ORDER APPROVING DEBTOR'S SECOND MOTION FOR
EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS**

AND NOW, this __19th__ day of __August__, 2019, upon consideration of the Debtor's Second Motion for Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents, it is hereby

ORDERED that the time for the Debtor to file his Schedules, Statement of Financial Affairs and Other Documents is extended through **August 28, 2019.**  No further extensions will be granted.

BY THE COURT:

_____
MAGDELINE D. COLEMAN, CHIEF U.S.B.J.

{01121582;1}