United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14531-mdc
Boubacar Toure                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1              Date Rcvd: Aug 19, 2019
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Boubacar Toure,   106 Birkdale Circle,   Avondale, PA 19311-1449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
          BARBARA A. FEIN    on behalf of Debtor Boubacar  Toure bfein@sanddlawyers.com,
           mhanford@sanddlawyers.com
          KEVIN G. MCDONALD    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          MARK S. HALTZMAN    on behalf of Debtor Boubacar  Toure mhaltzman@sanddlawyers.com,
           mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | **CHAPTER 13** |
| | : | |
| **BOUBACAR TOURE,** | : | **Bankruptcy No. 19-14531-mdc** |
| | : | |
| | : | |
| Debtor(s). | : | |

**ORDER APPROVING DEBTOR'S SECOND MOTION FOR
EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS**

AND NOW, this _____19th_____ day of _____August_____, 2019, upon

consideration of the Debtor's Second Motion for Extension of Time to File Schedules, Statement

of Financial Affairs and Other Documents, it is hereby

ORDERED that the time for the Debtor to file his Schedules, Statement of Financial

Affairs and Other Documents is extended through **August 28, 2019.**  No further extensions will be granted.

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN, CHIEF U.S.B.J.

{01121582;1}