**Fill in this information to identify your case:**

Debtor 1  Boubacar S Toure
_____First Name_____Middle Name_____Last Name_____

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case number  19-14531
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Boubacar S Toure                    ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date 08/28/2019                            Date _____
     MM / DD / YYYY                             MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules