United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-14531-mdc
Boubacar Toure                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith            Page 1 of 2           Date Rcvd: Aug 30, 2019
                          Form ID: 309I          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
```
db             +Boubacar Toure,    106 Birkdale Circle,    Avondale, PA 19311-1449
aty            +MARK S. HALTZMAN,    Silverang, Rosenzweig & Haltzman LLC,    Woodlands Center,
                 900 East Eighth Avenue, Suite 300,    King Of Prussia, PA 19406-1347
ust            +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908
14363087       +Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14363088       +Avondale Fire Company EMS Division, Inc.,    P.O. Box 90,    Danville, PA 17821-0090
14363090       +Chester County Tax Office,    780 Miles Road,    West Chester, PA 19380-1929
14363092       +Christiana Care Health Services,    P.O. Box 568,    Malvern, PA 19355-0568
14363093        Commonwealth Of Pennsylvania Department Of Re,    Bureau of Compliance - Lien Division,
                 P.O. Box 280948,    Harrisburg, PA 17128-0948
14363131        Doctors for Emergency Services,    P.O. Box 785422,    Philadelphia, PA 19178-5422
14363133       +Dynamic Therapy Services, LLC,    350 New Fidelity Court,    Garner, NC 27529-2665
14363132        Dynamic Therapy Services, LLC,    P.O. Box 69065,    Baltimore, MD 21264-9065
14363134       +First Data Merchant Services,    5565 Glenridge Connector,    Suite 2000,
                 Atlanta, GA 30342-4799
14363135        GEICO,    One Geico Plaza,    Bethesda, MD 20810-0001
14363136       +Hartefeld Homeowners Association,    c/o Brandywine Valley Properties,    P.O. Box 7368,
                 Wilmington, DE 19803-0368
14363137       +Horty & Horty, PA, CPAS,    503 Carr Road,    Suite 120,    Wilmington, DE 19809-2863
14363139       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14363140       +Kennett Consolidated School District,    (Chester County),    P.O. Box 505,
                 Irwin, PA 15642-0505
14363141       +Keystone Colelctions Group,    New Garden Twp,    (Fire Hydrant Tax Collection),    P.O. Box 449,
                 Irwin, PA 15642-0449
14363144       +New Garden Township,    299 Starr Road,    Landenberg, PA 19350-9208
14363091       +Patricia Maisano, Chester County Treasurer,    313 West Market Street,    Suite 3202,
                 West Chester, PA 19382-2804
14363147       +Transworld Systems, Inc.,    One Huntington Quadrangle,    Suite 2S01,    Melville, NY 11747-4438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bfein@sanddlawyers.com Aug 31 2019 03:05:58     BARBARA A. FEIN,
                 Silverang Donohoe Rosenzweig Haltzman,    595 East Lancaster Avenue,    Suite 203,
                 St. Davids, PA  19087
tr             +E-mail/Text: bncnotice@ph13trustee.com Aug 31 2019 03:08:38     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Aug 31 2019 03:08:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2019 03:08:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14363089        EDI: CAPITALONE.COM Aug 31 2019 06:53:00     Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14363094        E-mail/Text: csd1clientservices@cboflanc.com Aug 31 2019 03:08:32
                 Credit Bureau of Lancaster County,    Collection Division,    P.O. Box 1271,
                 Lancaster, PA 17608-1271
14363095        EDI: RCSFNBMARIN.COM Aug 31 2019 06:53:00     Credit One Bank, N.A.,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14363097        EDI: ESSL.COM Aug 31 2019 07:03:00     Dish,    P.O. Box 94063,    Palantine, IL 60094-4063
14363096        EDI: IRS.COM Aug 31 2019 06:53:00     Department of the Treasury,    Internal Revenue Service,
                 Philadelphia, PA 19255-0025
14363142       +EDI: RESURGENT.COM Aug 31 2019 07:03:00     LVNV Funding, LLC,    200 Meeting Street,
                 Suite 206,    Greenville, SC 29615-5833
14362523        EDI: RESURGENT.COM Aug 31 2019 07:03:00     LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14363143        E-mail/Text: camanagement@mtb.com Aug 31 2019 03:07:44     M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14363145       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 31 2019 03:07:43     PECO Energy Co.,
                 P.O. Box 13439,    Philadelphia, PA 19101-3439
14381318        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2019 03:07:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14362524        EDI: RESURGENT.COM Aug 31 2019 07:03:00     Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14363146        E-mail/Text: REV_Bankruptcy_General@state.de.us Aug 31 2019 03:08:08
                 State of Delaware Department of Finance,    Division of Finance, Carvel State Bldg.,
                 P.O. Box 8763,    Wilmington, DE 19899-8763
14363149       +E-mail/Text: bankruptcydepartment@tsico.com Aug 31 2019 03:08:35     Transworld Systems, Inc.,
                 500 Virginia Drive, Suite 514,    Fort Washington, PA 19034-2707
14363148        E-mail/Text: bankruptcydepartment@tsico.com Aug 31 2019 03:08:35     Transworld Systems, Inc.,
                 P.O. Box 15618,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 18
```

```
District/off: 0313-2          User: Keith              Page 2 of 2                  Date Rcvd: Aug 30, 2019
                              Form ID: 309I            Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14363138*       Internal Revenue Service,   Kansas City, MO 64999-0202
14363150*       Transworld Systems, Inc.,   P.O. Box 15618,   Wilmington, DE 19850-5618
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              BARBARA A. FEIN    on behalf of Debtor Boubacar  Toure bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              MARK S. HALTZMAN    on behalf of Debtor Boubacar  Toure mhaltzman@sanddlawyers.com,
               mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Boubacar Toure** | Social Security number or ITIN **xxx–xx–1469** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **7/18/19** |
| Case number:  **19–14531–mdc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Boubacar Toure | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 106 Birkdale Circle<br>Avondale, PA 19311 | |
| 4. | **Debtor's attorney**<br>Name and address | BARBARA A. FEIN<br>Silverang Donohoe Rosenzweig Haltzman<br>595 East Lancaster Avenue<br>Suite 203<br>St. Davids, PA 19087 | Contact phone 610–263–0136<br><br>Email: bfein@sanddlawyers.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/30/19 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 16, 2019 at 9:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/15/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/26/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/14/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1200.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/7/19** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |