# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-14531-MDC

BOUBACAR TOURE

106 BIRKDALE CIRCLE

AVONDALE, PA 19311-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BOUBACAR TOURE

    106 BIRKDALE CIRCLE

    AVONDALE, PA 19311-

Counsel for debtor(s), by electronic notice only.

    BARBARA A. FEIN
    595 EAST LANCASTER AVENUE
    SUITE 203
    ST. DAVIDS, PA 19087-

Date: 9/26/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee