# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | CHAPTER 13 |
| | : | |
| BOUBACAR TOURE, | : | Case No. 19-14531-mdc |
| | : | |
| Debtor(s). | : | |

## PRAECIPE TO WITHDRAW DEBTOR'S RESPONSE IN OPPOSITION TO M&T BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

To the Clerk of the U.S. Bankruptcy Court:

Counsel for the Debtor hereby withdraws his *Response in Opposition to M&T Bank's Motion for Relief from Automatic Stay* (Docket Entry 46; filed on January 3, 2020).

                Respectfully submitted,

                **SILVERANG, ROSENZWEIG
                & HALTZMAN, LLC.**

Dated: February 11, 2020

                By:   /s/ Barbara A. Fein, Esquire
                        Barbara A. Fein, Esquire
                        Pa Atty ID No. 53002
                        bfein@sanddlawyers.com
                        Woodlands Centre
                        900 East 8th Avenue, Suite 300
                        King of Prussia, PA 19406
                        (610) 263-0115
                        *Attorney for Debtor*