IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re*: | : | CHAPTER 13 |
| | : | |
| BOUBACAR TOURE, | : | Case No. 19-14531-mdc |
| | : | |
| Debtor(s). | : | |

## CERTIFICATE OF SERVICE

I, Barbara A. Fein, Esquire, hereby certify that on the 11th of February, 2020, a copy of the *Praecipe To Withdraw Debtor's Response in Opposition to, M&T Bank's Motion for Relief from Automatic Stay,* was served via ECF, upon the following:

Rebecca Solarz, Esquire / Counsel for the Creditor, M&T Bank
RSolarz@kmllawgroup.com

William C. Miller, Esquire on Behalf of the Chapter 13 Trustee
ecfemails@ph13trustee.com; philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

        Respectfully submitted,

        SILVERANG, ROSENZWEIG
        & HALTZMAN, LLC.

Dated: February 11, 2020

        By: /s/ Barbara A. Fein, Esquire
            Barbara A. Fein, Esquire
            Pa Atty ID No. 53002
            bfein@sanddlawyers.com
            Woodlands Centre
            900 East 8th Avenue, Suite 300
            King of Prussia, PA 19406
            (610) 263-0115
            *Attorney for Debtor*