**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
BOUBACAR TOURE

Chapter 13

Debtor

Bankruptcy No. 19-14531-MDC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 5, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BARBARA A. FEIN
595 EAST LANCASTER AVENUE
SUITE 203
ST. DAVIDS, PA 19087-

Debtor:
BOUBACAR TOURE

106 BIRKDALE CIRCLE

AVONDALE, PA 19311-