United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14531-mdc
Boubacar Toure                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Mar 05, 2020
                             Form ID: pdf900          Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db            +Boubacar Toure,   106 Birkdale Circle,   Avondale, PA 19311-1449
14363087      #+Alltran Financial, LP,   P.O. Box 610,   Sauk Rapids, MN 56379-0610
14363088      +Avondale Fire Company EMS Division, Inc.,   P.O. Box 90,   Danville, PA 17821-0090
14363153      +Barbara A. Fein, Esquire,   Silverang, Rosenzweig & Haltzman, LLC,   Woodlands Center,
                900 East Eighth Avenue, Suite 300,   King of Prussia, PA 19406-1347
14363090      +Chester County Tax Office,   780 Miles Road,   West Chester, PA 19380-1929
14363092      +Christiana Care Health Services,   P.O. Box 568,   Malvern, PA 19355-0568
14363093       Commonwealth Of Pennsylvania Department Of Re,   Bureau of Compliance - Lien Division,
                P.O. Box 280948,   Harrisburg, PA 17128-0948
14363131       Doctors for Emergency Services,   P.O. Box 785422,   Philadelphia, PA 19178-5422
14363133      +Dynamic Therapy Services, LLC,   350 New Fidelity Court,   Garner, NC 27529-2665
14363132       Dynamic Therapy Services, LLC,   P.O. Box 69065,   Baltimore, MD 21264-9065
14363134      +First Data Merchant Services,   5565 Glenridge Connector,   Suite 2000,
                Atlanta, GA 30342-4799
14363135       GEICO,   One Geico Plaza,   Bethesda, MD 20810-0001
14363136      +Hartefeld Homeowners Association,   c/o Brandywine Valley Properties,   P.O. Box 7368,
                Wilmington, DE 19803-0368
14393278      +Hartefeld Homeowners Association,   c/o Landis & Setzler, PC,   16 North New Street,
                West Chester, PA 19380-2905
14363137      +Horty & Horty, PA, CPAS,   503 Carr Road,   Suite 120,   Wilmington, DE 19809-2863
14363139      +KML Law Group, P.C.,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14363140      +Kennett Consolidated School District,   (Chester County),   P.O. Box 505,
                Irwin, PA 15642-0505
14363141      +Keystone Colelctions Group,   New Garden Twp,   (Fire Hydrant Tax Collection),   P.O. Box 449,
                Irwin, PA 15642-0449
14364311      +M&T Bank,   c/o Kevin G. McDonald, Esquire,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14412010      +New Garden Township,   c/o Keystone Collections Group,   546 Wendel Road,
                Irwin, PA 15642-7539
14363144      +New Garden Township,   299 Starr Road,   Landenberg, PA 19350-9208
14363091      +Patricia Maisano, Chester County Treasurer,   313 West Market Street,   Suite 3202,
                West Chester, PA 19382-2804
14363147      +Transworld Systems, Inc.,   One Huntington Quadrangle,   Suite 2S01,   Melville, NY 11747-4438
14363152      +William C. Miller, Standing Chapter 13 Trustee,   111 South Independence Mall   E-583,
                Philadelphia, PA 19106-2520


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:20:58    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14363089       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 03:16:32    Capital One,
                P.O. Box 30285,   Salt Lake City, UT 84130-0285
14363094       E-mail/Text: csd1clientservices@cbaflanc.com Mar 06 2020 03:21:08
                Credit Bureau of Lancaster County,   Collection Division,   P.O. Box 1271,
                Lancaster, PA 17608-1271
14363095       E-mail/PDF: creditonebknotifications@resurgent.com Mar 06 2020 03:17:29
                Credit One Bank, N.A.,   P.O. Box 98873,   Las Vegas, NV 89193-8873
14363096       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 06 2020 03:20:35    Department of the Treasury -IRS,
                Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14363097       E-mail/Text: Bankruptcy.Consumer@dish.com Mar 06 2020 03:20:49    Dish,   P.O. Box 94063,
                Palatine, IL 60094-4063
14363142      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 03:17:29    LVNV Funding, LLC,
                200 Meeting Street,   Suite 206,   Greenville, SC 29615-5833
14362523       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 03:16:34    LVNV Funding, LLC,
                Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
14363143       E-mail/Text: camanagement@mtb.com Mar 06 2020 03:20:36    M&T Bank,   P.O. Box 62182,
                Baltimore, MD 21264-2182
14394913       E-mail/Text: camanagement@mtb.com Mar 06 2020 03:20:36    M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
14363145      +E-mail/Text: bankruptcygroup@peco-energy.com Mar 06 2020 03:20:36    PECO Energy Co.,
                P.O. Box 13439,   Philadelphia, PA 19101-3439
14381318       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:40
                Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                Harrisburg PA  17128-0946
14362524       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 03:17:28
                Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
14363146       E-mail/Text: REV_Bankruptcy_General@state.de.us Mar 06 2020 03:20:50
                State of Delaware Department of Finance,   Division of Finance, Carvel State Bldg.,
                P.O. Box 8763,   Wilmington, DE 19899-8763

District/off: 0313-2          User: YvetteWD            Page 2 of 2                Date Rcvd: Mar 05, 2020
                             Form ID: pdf900            Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14451964         +E-mail/Text: REV_Bankruptcy_General@state.de.us Mar 06 2020 03:20:50
                  State of Delaware Division of Revenue,    820 North French Street,    MS # 25,
                  Wilmington, DE 19801-3592
14363149         +E-mail/Text: bankruptcydepartment@tsico.com Mar 06 2020 03:21:10        Transworld Systems, Inc.,
                  500 Virginia Drive, Suite 514,    Fort Washington, PA 19034-2733
14363148          E-mail/Text: bankruptcydepartment@tsico.com Mar 06 2020 03:21:10        Transworld Systems, Inc.,
                  P.O. Box 15618,    Wilmington, DE 19850-5618
14363151         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56        U.S. Attorneys Office,
                  615 Chestnut Street #1250,    Philadelphia, PA 19106-4490
                                                                                          TOTAL: 19

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*              Pinnacle Credit Services, LLC,    Resurgent Capital Services,    P.O. Box 10587,
                  Greenville, SC  29603-0587
14363138*        Internal Revenue Service,    Kansas City, MO 64999-0202
14363150*        Transworld Systems, Inc.,    P.O. Box 15618,    Wilmington, DE 19850-5618
                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
          BARBARA A. FEIN    on behalf of Debtor Boubacar  Toure bfein@sanddlawyers.com,
          mhanford@sanddlawyers.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          MARK S. HALTZMAN    on behalf of Debtor Boubacar  Toure mhaltzman@sanddlawyers.com,
          mhaltzman@aol.com;rchew@sanddlawyers.com;mhanford@sanddlawyers.com
          REBECCA ANN SOLARZ    on behalf of Creditor  M&T Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 7

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
BOUBACAR  TOURE


                    Debtor                Bankruptcy No. 19-14531-MDC


# O R D E R

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




March 5, 2020

_____
         Magdeline D. Coleman
         Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BARBARA A. FEIN
595 EAST LANCASTER AVENUE
SUITE 203
ST. DAVIDS, PA 19087-


Debtor:
BOUBACAR  TOURE

106 BIRKDALE CIRCLE

AVONDALE, PA 19311-